JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE DANIELS,<br><br>       Plaintiff,<br><br>      v.<br><br>17275 DERIAN, LP;<br>17275 DERIAN LLC;<br>INNOVATIVE HOUSING<br>   OPPORTUNITIES, INC.;<br>C & C DEVELOPMENT CO., LLC;<br>IRVINE COMMUNITY LAND<br>   TRUST;<br>ADVANCED PROPERTY SERVICES<br>   MANAGEMENT, INC.;<br>ADVANCED PROPERTY<br>   SERVICES, LLC;<br>TODD R. COTTLE;<br>BETH ANN TAYLOR;<br>RAMIRO GUTIERREZ;<br>YVETTE JEFFRIES;<br>SETH HENLEY; and<br>DOES 1-10, inclusive,<br><br>      Defendants. | Case No. 8:25-cv-01449-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the "Order Regarding Defendants' Motion to Dismiss [ECF No. 7]" filed substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.      The operative pleading is the Complaint [ECF No. 1] filed by Plaintiff Dominique Daniels.

2.      Defendants 17275 Derian, LP; 17275 Derian LLC; Innovate Housing Opportunities, Inc.; C & C Development Co., LLC; Irvine Community Land Trust; Advanced Property Services Management, Inc.; Advanced Property Services, LLC; Todd R. Cottle; Beth Ann Taylor; Ramiro Gutierrez; Yvette Jeffries; and Seth Henley (collectively, "Defendants") shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiff Dominique Daniels ("Plaintiff"), with respect to Plaintiff's sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, thirteenth, fourteenth, eighteenth, and nineteenth claims for relief, in their entirety.  Those claims for relief are **DISMISSED with prejudice**.

3.      Defendants shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiff, with respect to Plaintiff's twenty-third and twenty-fourth claims for relief to the extent that those claims arise from federal regulations or statutes.  To that extent, those claims for relief are **DISMISSED with prejudice**.

4.      The Court **DECLINES** to exercise supplemental jurisdiction over Daniels's remaining claims that arise under state law.  Accordingly, this case is **REMANDED** to Orange County Superior Court with respect to those claims for relief.

/ / /

/ / /

/ / /

/ / /

-2-

5.     Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 23, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE